Robert D. Hoffman, SBN 123458
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiff
FAIRMONT SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MID VALLEY AGRICULTURAL SERVICES, INC.; DON DeBOER; JOHN LEWIS; and ALICE LEWIS,<br><br>Defendants. | Case No.: 1:08-CV-00115-OWW-DLB<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST JOHN LEWIS AND ALICE LEWIS** |

WHEREAS, on January 22, 2008, plaintiff Fairmont Specialty Insurance Company ("Fairmont") filed a complaint for declaratory relief and reimbursement of defense payments in connection with the commercial lines insurance policy issued by Fairmont's predecessor, Ranger Insurance Company, to Mid Valley Agricultural Services, Inc. for the policy period March 1, 2005 to March 1, 2006 bearing policy number GPP 0403069;

WHEREAS, the Complaint filed by Fairmont in the instant action ("Action") named as defendants all of the parties to the pending action filed in Merced County Superior Court captioned *John Lewis, et al. v. Mid Valley Agricultural Services, Inc., et al.*, bearing Case No. 149263, including but not limited to, underlying

plaintiffs John and Alice Lewis ("Lewis Parties");

WHEREAS, the Lewis Parties, by their counsel entering into this stipulation, acknowledge service of the complaint and consent to the Court's jurisdiction in the Action; and

WHEREAS, the Lewis Parties do not wish to be parties to the Action or otherwise participate in the Action;

IT IS HEREBY STIPULATED by and between plaintiff and the Lewis Parties through their respective counsel as follows:

1. The Lewis Parties shall be dismissed as defendants in the Action without prejudice to the right of plaintiff Fairmont to refile or renew its claims against the Lewis Parties that are the subject of the Action.

2. The Lewis Parties agree to be bound by all judicial orders, rulings, findings, conclusions, determinations, decrees and judgments issued in the Action in the same manner and to the same extent as if the Lewis Parties had been parties to such Action.

3. All parties shall bear their own costs and attorney fees in connection with the Action and the dismissal of the Lewis Parties without prejudice.

4. All statutes of limitations, statutes regarding the prosecution of claims or the time within which a trial must be held or judgment must be entered, and all defenses based on delay in prosecution (collectively "Statutes of Limitations") with respect to claims of Fairmont against the Lewis Parties provided for by law, equity or judicial decision shall be tolled as provided herein.  In the event that Fairmont refiles or renews the Action, or any causes of action or claims against the Lewis Parties in connection with the Action in the future, the period from January 22, 2008, up to and including the date of refiling a renewal of the Action, shall not be included for purposes of computing the applicable time periods for Statutes of Limitations, provided, however, that this tolling provision shall not in

any way serve to extend any Statutes of Limitations that had already run as of and including

1  January 22, 2008.

2       5     This Stipulation does not pertain to any other defendants in the Action and such

3  other parties remain as defendants in the Action.

4

5  Dated: _____, 2008        CHARLSTON, REVICH & WOLLITZ LLP
                                   ROBERT D. HOFFMAN
6

7
                                   By:_____
8                                     Robert D. Hoffman
9                                     Attorneys for Plaintiff
                                      FAIRMONT SPECIALTY INSURANCE
10                                    COMPANY

11

12

13 Dated: _____, 2008        MORSE, MORSE & MORSE
                                   BRIAN D. MORSE
14

15
                                   By:_____
16                                    Brian D. Morse
17                                    Attorneys for Defendants
                                      JOHN LEWIS and ALICE LEWIS
18

19
20
21
22
23
24
25
26
27
28

## **ORDER**

Based upon the stipulation of the parties, as set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendants John Lewis and Alice Lewis are dismissed without prejudice from the captioned action on the terms and conditions set forth in said stipulation.

IT IS SO ORDERED.

**Dated:   March 5, 2008**              _____/s/ Oliver W. Wanger_____
                                                                    UNITED STATES DISTRICT JUDGE