# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INS. CO., <br><br> Plaintiff, <br><br> v. <br><br> MID VALLEY AGRICULTURAL SERVICES, et al., <br><br> Defendants. | 1:08cv0115 OWW DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> (Document 17) |

On June 20, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Default Judgment be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 20, 2008, is ADOPTED IN FULL;

1

2.     Plaintiff's Motion for Default Judgment in favor of Plaintiff and against the Mid Valley Defendants be GRANTED;

3.     The Court enter judgment declaring that no potential coverage exists for any of the claims asserted against the Mid Valley Defendants, or anyone else, in the action Lewis et al., v. Mid Valley Agricultural Services, Inc., et al., Merced County Superior Court Case No. 149253, under the commercial lines insurance policy issued by Plaintiff's predecessor, Ranger Insurance Company, to Mid Valley for the policy period March 1, 2005, to March 1, 2006, bearing policy number GPP 0403069;

4.     The Court enter judgment that Plaintiff has no duty or obligation to defend, indemnify or reimburse any person or entity with respect to the claims asserted in the Lewis action; and

5.     Plaintiff recover from the Mid Valley Defendants legal fees in the amount of $48,669.40, plus prejudgment interest in the amount of $2,302.09.

IT IS SO ORDERED.

**Dated:** **July 28, 2008**            /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE