UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRMONT SPECIALTY INS. CO.,<br><br>            Plaintiff,<br><br>    v.<br><br>MID VALLEY AGRICULTURAL,<br>SERVICES, et.al.,<br><br>            Defendant | 1:08-cv-00115 OWW DLB<br><br>JUDGMENT FOR<br>DECLARATORY RELIEF |

Plaintiff Fairmont Specialty Ins. Co. shall recover judgment from Defendants as follows:

1.  No potential coverage exists for any of the claims asserted against the Mid Valley Defendants, or anyone else, in the action <u>Lewis et.al., v Mid Valley Agricultural Services, Inc., et.al.</u> Merced County Superior Court Case No. 149253, under the commercial lines insurance policy issued by Plaintiff's predecessor,

1

1     **Ranger Insurance Company, to Mid Valley for the policy**
2     **period March 1, 2005, to March 1, 2006, bearing policy**
3     **number GPP 0403069.**
4   **2.**   **The Plaintiff has no duty or obligation to defend,**
5     **indemnify or reimburse any person or entity with respect**
6     **to the claims asserted in the <u>Lewis</u> action.**
7   **3.**   **Plaintiff recover from the Mid Valley Defendants legal**
8     **fees in the amount of $48,669.40, plus prejudgment**
9     **interest in the amount of $2,302.09.**
10 IT IS SO ORDERED.
11 **Dated:   August 14, 2008**         **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

2